DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 179P12 | State v. Landon Dupree Anderson | 1. Def's NOA Based Upon a Constitutional Question (COA11-1061) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 181A93-3 | State v. Rayford Lewis Burke | 1. Def's PWC to Review the Order of Iredell County Superior Court | 1. Denied |
| | | 2. Def's *Pro Se* PWC to Review the Order of Iredell County Superior Court | 2. Dismissed |
| 188P12 | State v. Jose Alberto Beiza Tapia | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA11-461) | Denied |
| 189P12 | State v. Marcus Piere Johnson and Darrell Jerome Lavine | 1. Def's (Lavine) *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA11-1014) | 1. Denied |
| | | 2. Def's (Johnson) PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 193P12 | State v. David Carl Marlow | Def's *Pro Se* Motion for NOA (COAP12-312) | Dismissed |
| 199P12 | Elizabeth Coomer v. Lee County Board of Education | 1. Plt-Petitioner's PDR Under N.C.G.S. § 7A-31 (COA11-1105) | 1. Denied |
| | | 2. Respondent's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot |
| 218P12 | State v. Jahmise N. Allen | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA11-917) | Denied |
| 219P12 | Meherrin Tribe of North Carolina a/k/a/ Meherrin Indian Tribe v. North Carolina State Commission of Indian Affairs | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA11-885) | Denied<br><br>**Jackson, J., Recused** |
| 220P12 | State v. David Roland Conley | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1251) | Denied |
| 224P12 | In Re Honorable Christy T. Mann | 1. Petitioner's PWC to Review the Order of COA (COAP12-231) | 1. Denied |
| | | 2. Respondent's Motion for Sanctions Under Rule 34 | 2. Denied |